# United States Court of Appeals
### For the Eighth Circuit

_____

No. 23-1396
_____

United States of America

*Plaintiff - Appellee*

v.

Krystle Owen

*Defendant - Appellant*
_____

Appeal from United States District Court
for the Western District of Arkansas - Fayetteville
_____

Submitted: October 13, 2023
Filed: October 18, 2023
[Unpublished]
_____

Before ERICKSON, GRASZ, and KOBES, Circuit Judges.
_____

PER CURIAM.

Krystle Owen appeals the within-Guidelines-range sentence imposed by the district court[1] after she pled guilty to distribution of methamphetamine, in violation

_____

[1]The Honorable Timothy L. Brooks, United States District Judge for the Western District of Arkansas.

of 21 U.S.C. §§ 841(a)(1) and (b)(1)(C). Her counsel has moved for leave to withdraw, and has filed a brief under <u>Anders v. California</u>, 386 U.S. 738 (1967), challenging the substantive reasonableness of the sentence.

Upon careful review, we conclude that the district court did not impose a substantively unreasonable sentence, as the court properly considered the factors listed in 18 U.S.C. § 3553(a), and did not err in weighing the relevant factors. <u>See</u> <u>United States v. Feemster</u>, 572 F.3d 455, 461 (8th Cir. 2009) (en banc) (substantive reasonableness of sentence reviewed for abuse of discretion; abuse of discretion occurs when district court fails to consider relevant factor, gives significant weight to improper or irrelevant factor, or commits clear error of judgment in weighing appropriate factors); <u>see also</u> <u>United States v. White</u>, 506 F.3d 635, 644-45 (8th Cir. 2007) (pursuant to § 3553(a), district court may consider factors already taken into account in calculating advisory Guidelines range).

We have reviewed the record independently under <u>Penson v. Ohio</u>, 488 U.S. 75 (1988), and have found no non-frivolous issues for appeal. Accordingly, we affirm the judgment, and we grant counsel's motion to withdraw.

_____